675 A.2d 1207

**OFFICE OF DISCIPLINARY COUNSEL, Petitioner**

v.

**Najma AL-RASHID, Respondent.**

**No. 44, Disciplinary Docket No. 3—Supreme Court.**

**Nos. 75 DB 94 and 7 DB 95 Disciplinary Board.**

Supreme Court of Pennsylvania.

May 6, 1996.

*ORDER*

PER CURIAM:

AND NOW, this 6th day of May, 1996, upon consideration of the Report and Recommendations of the Disciplinary Board dated March 22, 1996, it is hereby

ORDERED that NAJMA AL–RASHID be and she is DIS-BARRED from the Bar of this Commonwealth, and she shall comply with all the provisions of Rule 217, Pa.R.D.E.

It is further ORDERED that respondent shall pay costs to the Disciplinary Board pursuant to Rule 208(g), Pa.R.D.E.